IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROGER D. MOSBY,
ADC #63018                                                                                             PLAINTIFF

v.                                          4:12-cv-00186-JMM

J. LEON HOLMES, et al.                                                                       DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 13th day of April, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE