IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROGER MOSBY                                                                                    PLAINTIFF

V.                                              4:12CV00186 JMM

J. LEON HOLMES, et al.                                                                  DEFENDANTS

## ORDER

Pending is Plaintiff's motion for reconsideration of the Court's Memorandum, Order and Judgment entered dismissing his complaint. (Docket # 9). For the reasons set forth in the Court's Order and Judgment entered April 13, 2012, Plaintiff's motion is DENIED.

IT IS SO ORDERED this 25th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE