**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROGER D. MOSBY,
ADC #63018                                                                                              PLAINTIFF

v.                                         4:12-cv-00186-JMM

J. LEON HOLMES, et al.                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 17th day of May, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE